(Clark County, Ohio, Probate Court.)

## IN THE MATTER OF THE ESTATE OF FREDERICA RINGWALD.

---

The notice of appointment required from an executor or administrator under section 6088, cannot legally be made in a newspaper of general circulation, printed in the German language, or in any language other than the English language.

---

ROCKEL, J.

This matter comes up upon the inquiry of the executor of Frederica Ringwald whether he can, so as to comply with the law, publish the notice of his appointment as executor in the "Adler". a newspaper of considerable and perhaps you may say general circulation, in this city and county.

He states that the deceased was a German, and nearly all her business transactions with people of that nationality, and that more persons having an interest in her affairs, would be informed who her executor was, by having the same published in the "Adler", than if it was published in an English newspaper of general circulation in the city and county.

The statute provides: "Every executor or administrator shall, within three months after giving bond for the discharge of his trust, cause notice of his appointment to be published in some newspaper of general

circulation in the county in which the letters were issued, for three consecutive weeks."

It will be observed that nothing is said in what language the paper is to be printed. The decision therefore of the supreme court in Cincinnati v. Bickett, 26 Ohio St., 49-55, becomes decisive of the matter at bar. In this case it is sa'd: "While there is some conflict of authority on the question, we think it the safer and better rule to hold, as we do, that where a statute of the state requires a publication to be made in a newspaper, a paper published in the English language is to be intended, unless the contrary is expressed or indicated."